IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, | * | |
| Plaintiff, | * | |
| v. | * | |
| ELITE LABORATORIES, INC., AARON MARSHALL BONGARD, NEATIE BELL GREEN, KARL VINCENT ADAMS, JR., and REGIONAL SERVICES, LTD. d/b/a SOUTHSTAR EMS, | * | 1:15-cv-202 |
| Defendants. | * | |

ORDER

Presently before the Court is Plaintiff's Notice of Dismissal Without Prejudice. (Doc. 5). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court **DISMISSES WITHOUT PREJUDICE** all claims asserted in this matter. The Clerk **SHALL TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of December, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA